LINK:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 14-01349-BRO (Ex) | Date | March 31, 2013 |
|---|---|---|---|
| Title | Leo Gabrielian v. Lafayette Life Insurance Company | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     (IN CHAMBERS)

**ORDER RE DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM [13, 14]**

The following motions are set for April 7, 2014.

1) DEFENDANT'S MOTION TO DISMISS DEFENDANT LARRY SILVERSTEIN FOR LACK OF PERSONAL JURISDICTION
2) DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Local Rule 7-9, Plaintiff was required to file an opposition at least twenty-one days prior to the hearing date.  Plaintiff's opposition was due March 17, 2014.  The Court has not received Plaintiff's Opposition to either of the Motions to Dismiss.  Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of [a particular] motion."

Plaintiff is **ORDERED** to show cause why this case should not be dismissed and/or the Motion(s) to Dismiss should not be granted.   Plaintiff must respond to this order no later than noon on Monday, April 7, 2014.  Failure to file a response risks dismissal of the entire action.  The hearing on this matter is hereby **VACATED** pending receipt of Plaintiff's response to the Order to Show Cause.

**IT IS SO ORDERED.**

Initials of Preparer      rf